**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01175-CV

**THE GOLD FEATHER, INC., Appellant**

**V.**

**CITY OF FARMERS BRANCH, TEXAS, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-14630-M**

## ORDER

We **GRANT** appellant's motion to extend time to file brief and **ORDER** the brief received by the Clerk of the Court on January 10, 2014 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
          JUSTICE